UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BRANDON CALLIER,<br>Plaintiff,<br><br>v.<br><br>Marathon Administrative Co., Inc, SING For Service, LLC, Valiant Auto, LLC, Lyndon Southern Insurance Company, and John Does 1-4<br>**Defendants** | §<br>§<br>§<br>§<br>§ EP-20-CV-0001<br>§<br>§<br>§<br>§ |

### Plaintiff's Motion To Dismiss With Prejudice

1. The Parties have resolved the case and completed their obligations. The Plaintiff hereby requests the court dismiss the case against all parties with prejudice.

*/s/ Brandon Callier*

Brandon Callier
Pro-se
6336 Franklin Trail
El Paso, TX 79912

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| BRANDON CALLIER,<br>Plaintiff,<br><br>v.<br><br>Marathon Administrative Co., Inc, SING For Service, LLC, Valiant Auto, LLC, Lyndon Southern Insurance Company, and John Does 1-4<br>**Defendants** | §<br>§<br>§<br>§<br>§ EP-20-CV-0001<br>§<br>§<br>§<br>§ |
|---|---|

### Certificate of Service

I certify that a true copy of the foregoing was sent via mail to the defendants' attorney of record.

*[signature]*

Brandon Callier
Pro-se
6336 Franklin Trail
El Paso, TX 79912