**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-20-CV-001-KC** |
| | § | |
| **MARATHON ADMINISTRATIVE** | § | |
| **CO. INC.; SING FOR SERVICE,** | § | |
| **LLC; VALIANT AUTO, LLC;** | § | |
| **LYNDON SOUTHERN INSURANCE** | § | |
| **COMPANY; and JOHN DOES 1–4.** | § | |
| | § | |
| **Defendants**. | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion to Dismiss with Prejudice, ECF No.

10.  Upon due consideration, the Motion is **GRANTED.**  In accordance with Rule 41(a) of the

Federal Rules of Civil Procedure and the terms of Plaintiff's Motion, it is hereby **ORDERED**

that all claims in this case are **DISMISSED WITH PREJUDICE.**

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 10th day of February, 2020.**


_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

1